IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **SUSAN HARRISON,** *et al*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:06-CV-121-O |
| | § | ECF |
| **THE PROCTOR & GAMBLE** | § | |
| **COMPANY, TAFT, STETTINIUS &** | § | |
| **HOLLISTER LLP, and** | § | |
| **THOMAS E. GROSSMAN,** | § | |
| | § | |
| **Defendants.** | § | |

## JUDGMENT

The Court has entered its Memorandum Opinion and Order finding that Defendant is entitled to summary judgment on Plaintiff's claims for negligence on basis of legal malpractice and breach of fiduciary duty.

It is therefore ORDERED, ADJUDGED and DECREED that Defendant's motion for summary judgment should be, and is hereby GRANTED. Plaintiff's case is dismissed with prejudice.

It is further ORDERED that the parties shall each bear their own costs and attorneys' fees.

**SO ORDERED** on this 9th day of February, 2009.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**