## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **SUSAN HARRISON,** *et al*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 7:06-CV-121-O** |
| | § | |
| **THE PROCTOR & GAMBLE** | § | |
| **COMPANY, TAFT, STETTINIUS &** | § | |
| **HOLLISTER LLP, and** | § | |
| **THOMAS E. GROSSMAN,** | § | |
| | § | |
| **Defendants.** | § | |

### AMENDED JUDGMENT

The Court has entered its Memorandum Opinion and Order finding that Defendants are entitled to summary judgment on Plaintiffs' claims for negligence on the basis of legal malpractice and breach of fiduciary duty.

It is therefore ORDERED, ADJUDGED and DECREED that Defendants' motion for summary judgment should be, and is hereby GRANTED. Plaintiffs' case is dismissed with prejudice.

It is further ORDERED that costs are taxed against the Plaintiffs.

**SO ORDERED** on this 25th day of March, 2009.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1